IN THE SUPREME COURT OF NORTH CAROLINA

No. 196A19

Filed 28 February 2020

STATE OF NORTH CAROLINA

v.

DAVID LEROY CARVER

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 828 S.E.2d 195 (N.C. Ct. App. 2019), reversing and remanding an order entered on 9 February 2018 by Judge Wayland J. Sermons Jr. in Superior Court, Beaufort County. Heard in the Supreme Court on 10 December 2019.

*Joshua H. Stein, Attorney General, by Douglas W. Corkhill, Special Deputy Attorney General, for the State-appellant.*

*The Robinson Law Firm, P.A., by Leslie S. Robinson, for defendant-appellee.*

PER CURIAM.

AFFIRMED.